**Jason Andrew VITULANO,**
**Defendant–Appellant,**

**v.**

**UNITED STATES of America,**
**Plaintiff–Appellee.**

**No. 14–11650**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 8, 2014.

Donald M. Sheehan, Donald Sheehan, PA, Pensacola, FL, for Defendant–Appellant.

Jason Andrew Vitulano, West Palm Beach, FL, pro se.

Tiffany H. Eggers, Lennard B. Register, III, Robert G. Davies, Pamela C. Marsh, U.S. Attorney's Office, Pensacola, FL, Stephen M. Kunz, Assistant U.S. Attorney, U.S. Attorney's Office, Tallahassee, FL, for Plaintiff–Appellee.

Before WILSON, MARTIN, and ROSENBAUM, Circuit Judges.

PER CURIAM:

Donald M. Sheehan, appointed counsel for Jason Vitulano in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** Vitulano's motion for appointment of new counsel is **DENIED,** and Vitulano's convictions and sentences are **AFFIRMED.**